IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In Re* SEARCH OF<br>2300 FREEPORT, SUITE 7. | Civil Action No. 07-46M<br><br>Magistrate Judge Caiazza<br><br>**FILED UNDER SEAL** |

## ORDER

Consistent with the Order dated March 6, 2007 (Doc. 13), the Special Master's sworn declaration of confidentiality, dated March 20, 2007 and attached hereto, is APPROVED, ADOPTED, and hereafter shall be AFFORDED ANY AND ALL LEGAL EFFECT.

IT IS SO ORDERED.

March 20, 2007

*Francis X. Caiazza*
Francis X. Caiazza
U.S. Magistrate Judge


cc (with attachment):

Alexander H. Lindsay, Jr., Esq.
Lindsay, Jackson & Martin
128 South Main Street
Butler, PA  16001

Martin A. Dietz, Esq.
3600 Grant Building
36th Floor
Pittsburgh, PA  15219

James Y. Garrett, Esq.
Robert Eberhardt, Esq.
U.S. Assistant Attorneys

The Honorable Terrence F. McVerry
United States District Court Judge