**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| *In Re* SEARCH OF | ) | Civil Action No. 07-46M |
| 2300 FREEPORT, SUITE 7. | ) | |
| | ) | Magistrate Judge Caiazza |
| | ) | |
| | ) | **FILED UNDER SEAL** |

**ORDER**

Through their communications with the Special Master,

counsel for the Occupants have confirmed their clients' agreement

to take delivery of the seized drives via FedEx mailing.  *See*

Attachments hereto.  Given the Occupants' consent, the court

hereby APPROVES the contemplated method of delivery.

IT IS SO ORDERED.


June 8, 2007

Francis X. Caiazza
U.S. Magistrate Judge

Attachments

cc (via email):

Alexander H. Lindsay, Jr., Esq.
Martin A. Dietz, Esq.
James Y. Garrett, Esq.
The Honorable Terrence F. McVerry,
   United States District Court Judge