IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In Re* SEARCH OF<br>2300 FREEPORT, SUITE 7. | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-46M<br><br>Magistrate Judge Caiazza<br><br>**FILED UNDER SEAL** |

### ORDER

Consistent with the court's June 1st Order, the Special Master has submitted a billing statement for his services. The court forwarded a copy to the government, and counsel has advised chambers today that it has no objections.

The undersigned's independent review of the statement reveals it to be quite detailed, and the charges therein are reasonable. Accordingly, the court hereby **APPROVES** the Special Master's bill, and the government shall remit $7,558.90 to the Special Masters Firm.

Once the Special Master confirms receipt of payment, the court will enter an order excusing the Special Master and closing this case.

June 25, 2007

Francis X. Caiazza
U.S. Magistrate Judge

cc (via email):

Alexander H. Lindsay, Jr., Esq.
Martin A. Dietz, Esq.
James Y. Garrett, Esq.
Robert Eberhardt, Esq.