IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | ) | |
| | ) | |
| *In Re* SEARCH OF | ) | Civil Action No. 07-46M |
| 2300 FREEPORT, SUITE 7. | ) | |
| | ) | Magistrate Judge Caiazza |
| | ) | |
| | ) | **FILED UNDER SEAL** |

### ORDER

The Special Master has confirmed receipt of the government's payment for his services. Having resolved the only outstanding issue in this case, the court hereby EXCUSES the Special Master, and the case is CLOSED.

IT IS SO ORDERED.

July 16, 2007

*/s/ Francis X. Caiazza*
Francis X. Caiazza
U.S. Magistrate Judge

cc (via email):

Alexander H. Lindsay, Jr., Esq.
Martin A. Dietz, Esq.
James Y. Garrett, Esq.
Robert Eberhardt, Esq.